UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JON MATTHEW STRAUSS, M.D., M.S.,

                    Plaintiff,

      v.

KENTUCKY BOARD MEDICAL LICENSURE (KBML),

                    Defendant.
_____

DECISION AND ORDER

20-CV-6835L

*Pro se* plaintiff, Jon Matthew Strauss, M.D., filed a Complaint (Dkt. #1) asserting claims under 42 U.S.C. § 1983, but did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis*.

As set forth below, the Clerk of Court shall administratively terminate this action. If plaintiff wishes to reopen this case, he must notify the Court in writing **within 30 days of the date of this Order** and must include either (1) a properly supported motion to proceed *in forma pauperis*, or (2) the $400.00 filing fee.

## DISCUSSION

The filing fee for commencing a civil action in this Court is $400.00. *See* 28 U.S.C. § 1914.[1] Whenever a civil action is commenced, the plaintiff must either (1) pay the filing fee or (2) submit a motion to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a)(1), the *in forma pauperis* motion must include an affidavit or affirmation establishing that the plaintiff is unable to pay the fees and

---

[1] Available at http://www.nywd.uscourts.gov/fee-schedule.

costs for the proceedings.  Here, plaintiff did not pay the $400.00 filing fee, nor did he submit a motion to proceed *in forma pauperis*.

Therefore, it is

### ORDER

ORDERED, that the Clerk of Court shall administratively terminate this action; and it is further

ORDERED, that the Clerk of Court is directed to send to plaintiff a form motion to proceed *in forma pauperis* with supporting affirmation; and it is further

ORDERED, that if plaintiff wishes to reopen this action, he shall so notify this Court, in writing, no later than **thirty days from the date of this Order**.  This writing must include either (1) a properly supported motion to proceed *in forma pauperis*, or (2) the $400.00 filing fee; and it is further

ORDERED, that upon Plaintiff's submission of either (1) a motion to proceed *in forma pauperis*, or (2) the $400.00 filing fee, the Clerk of Court shall reopen this case.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       October 30, 2020.